NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OMNI-THERM, INC.,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**DUPACO, INC.,**
*Cross-Appellant.*

---

2010-1561, -1562
(Reexamination No. 95/000,046)

---

Appeals from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Omni-Therm, Inc. moves without opposition for a 14-day extension of time, until June 28, 2011 to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN 2 4 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Dean D. Small, Esq.
     Edward W. Callan, Esq.
     Raymond T. Chen, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 4 2011

JAN HORBALY
CLERK